IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KEITH BERNARD SCRUGGS, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | CIVIL ACTION NO. 7:05-CV-131 (HL) |
| AMANDA FLUITT; PAULA JOHNS; LOWNDES COUNTY DISTRICT ATTORNEY'S OFFICE; DWIGHT A. PEETE, | : | |
| | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| Defendants | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |

**O R D E R**

Plaintiff **KEITH BERNARD SCRUGGS**, a pre-trial detainee at Lowndes County Jail in Valdosta, Georgia, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. He also seeks leave to proceed without prepayment of the $250.00 filing fee or security therefor pursuant to 28 U.S.C. § 1915(a).

Plaintiff has failed to submit the standard 42 U.S.C. § 1983 forms that are required by the Court. Moreover, although plaintiff seeks leave to proceed *in forma pauperis*, he failed to provide the Court with a certified copy of his trust fund account statement for the last six months. Hence, the Court does not have sufficient information to determine the average monthly deposits or the average monthly balance in plaintiff's prison trust account for the past six months as required by 28 U.S.C. § 1915.

Accordingly, plaintiff is instructed to complete the attached 42 U.S.C. § 1983 form. Plaintiff is advised that he must comply with Rule 8 of the FEDERAL RULES OF CIVIL PROCEDURE, which requires a civil complaint filed in this Court to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks."[1] Additionally, plaintiff must provide the Court with a certified copy of his trust fund account statement for the last six months.

Following the filing of his complaint, the Court notes that plaintiff has filed several motions. He has filed a Motion for Appointment of Counsel (Tab 5). Generally speaking, no right to counsel exists in civil rights actions. *See Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1986); *Hardwick v. Ault*, 517 F.2d 295, 298 (5th Cir. 1975). It is a privilege that is justified only by exceptional circumstances. *Lopez v. Reyes*, 692 F.2d 15, 17 (5th Cir. 1982).

Plaintiff's motion for appointment of counsel is viewed by the Court as being premature. Until such time as the Court has an opportunity to review responsive pleadings of the defendants, it cannot properly evaluate plaintiff's need for counsel in this action. Should it become apparent later on in the proceedings that counsel should be appointed, after due consideration of the complexity of the issues raised or their novelty, *Poole v. Lambert*, 819 F.2d 1025 (11th Cir. 1987), the Court will entertain this motion again at the appropriate time. Accordingly, at this time plaintiff's motion for appointment of legal counsel is **DENIED**.

---

[1] Plaintiff filed a Motion to Amend his complaint on December 20, 2005 (Tab 3). In this motion he requested to add Dwight A. Peete as a defendant. Plaintiff is advised that any and all claims he has against Dwight A. Peete, and his other named defendants, need to be made on the proper 42 U.S.C. § 1983 form that the Court is providing plaintiff. Accordingly, at this time, plaintiff's Motion to Amend his complaint is **DENIED.**

Additionally, plaintiff filed a Motion for Service on all Parties (Tab 4). The Court will determine who, if anyone, will be served in this case after plaintiff has complied with this Order (by submitting the proper 42 U.S.C. § 1983 form and a certified copy of his trust account statement) and after the Court has performed a frivolity review pursuant to 28 U.S.C. § 1915A.

Plaintiff shall have until **April 17, 2006** to provide the aforementioned information. Failure to comply with this Order may result in the dismissal of plaintiff's complaint.

The Clerk of Court is directed to forward a 42 U.S.C. § 1983 complaint form to plaintiff.

There shall be no service of process on any defendant until further Order of the Court.

**SO ORDERED**, this 16th day of March, 2006 .

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

lnb