IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KEITH BERNARD SCRUGGS, | : |
| Plaintiff | : |
| v. | : CASE NO. 7:05-CV-131 (HL) |
| AMANDA FLUITT, et al, | : |
| Defendants | : |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.13) filed May 5, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 17) filed May 12, 2006 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 16th day of May, 2006.

s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court