IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KEITH BERNARD SCRUGGS, | : | |
| Plaintiff, | : | |
| VS. | : | CIVIL ACTION FILE NO. |
| | : | **7: 05-CV-131 (HL)** |
| DWIGHT PEETE and PAULA JOHNS, | : | |
| Defendants | : | |

**RECOMMENDATION**

Defendant Peete has filed a motion to dismiss for plaintiff's failure to prosecute (doc 25). The undersigned notified plaintiff of the filing of the motion; however, plaintiff has failed to file any response to the motion.

Plaintiff filed the current action on December 20, 2005. On July 18, 2006, plaintiff filed a notice of change of address, as he had apparently been released from prison.

Plaintiff has failed to conduct any discovery in this action, or otherwise prosecute the same.

By an order dated May 5, 2006 (doc. 14), the undersigned advised plaintiff that he should diligently prosecute this action or face its dismissal under Federal Rules of Civil Procedure Rule 41(b).

After having afforded plaintiff an opportunity to respond to defendant's motion and to show cause why this action should not be dismissed as to defendant Peete, the undersigned finds a clear record of delay and a wilful failure of the plaintiff to take meaningful action to prosecute this action. It is the further finding of the undersigned that lesser sanctions will not suffice; therefore, it is the RECOMMENDATION of the undersigned that this action be **DISMISSED** as

to defendant Peete with prejudice.

Defendant Johns is the only remaining defendant. Although defendant Johns has not filed an answer, it is clear that plaintiff has failed to diligently prosecute this action as to her as well. Plaintiff has not made any inquiries since being released from prison almost 18 months ago, it appears that he has simply lost interest in this action since his release from prison.

Although the undersigned has not provided plaintiff an opportunity to show cause as to why the action should not be dismissed against defendant Johns, the undersigned finds that an attempt to do would be futile, as plaintiff has failed to respond to the previous show cause order or to defendant Peete's motion to dismiss. Finding a clear record of delay and refusal to diligently prosecute this action, and finding that lesser sanctions will not suffice, it is further RECOMMENDED that this action be dismissed against defendant Johns and that the case be dismissed in its entirety with prejudice.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 9th day of January, 2008.

                //S Richard L. Hodge
                RICHARD L. HODGE
                UNITED STATES MAGISTRATE JUDGE